

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00039-CV

———————————————

IN RE PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND
MELISSA SUE CRAIG, Relators

———————————————————————————————

Original Proceeding
352nd District Court of Tarrant County, Texas
Trial Court No. 352-359035-24

———————————————————————————————

Before Birdwell, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion
Birdwell, J., concurs with opinion to follow.

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for temporary relief, real party in interest's response, and relators' reply and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for temporary relief are denied.

Per Curiam

Delivered: February 10, 2025